

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Jerry Laza, Appellant

No. 06-18-00051-CV    v.

City of Palestine, Texas, Appellee

Appeal from the 349th District Court of Anderson County, Texas (Tr. Ct. No. DCCV16-356-349). Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Jerry Laza, pay all costs incurred by reason of this appeal.

RENDERED AUGUST 18, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk